IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB JAMES CHAVEZ,**<br>Plaintiff,<br>*v.*<br>**UNITED PARCEL SERVICE, INC.,**<br>Defendant. | **CIVIL ACTION**<br>**NO. 25-2479-KSM** |

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of Defendant United Parcel Service, Inc.'s ("UPS's") motion for summary judgment (Doc. No. 26), Plaintiff Jacob James Chavez's opposition (Doc. No. 32), and Defendant's Reply (Doc. No. 35) and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that Defendant's motion is **GRANTED** (Doc. No. 26), and **JUDGMENT** is entered in favor of Defendant, as follows:

1. Summary judgment is entered in favor of UPS as to Plaintiff's wrongful termination and retaliation claims pursuant to the Americans with Disabilities Act.

2. Summary judgment is entered in favor of UPS as to Plaintiff's unexhausted age, race, hostile work environment and harassment claims brought pursuant to the PHRA.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.